IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                     )<br>                    Plaintiff,           )<br>                                                     )<br>           vs.                                    )<br>                                                     )<br>TARA KELLY,                              )<br>                                                     )<br>                    Defendant.       ) | Case No. 8:07CR225<br><br><br>**SCHEDULING ORDER** |

    **IT IS ORDERED** that the following is set for hearing on **Thursday, June 28, 2007 at 1:30 P.M.** before Magistrate Judge F. A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18 Plaza, Omaha, Nebraska:

    - Initial Appearance on Indictment

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 26th day of June 2007.

                                      BY THE COURT:

                                       s/ F. A. Gossett
                                       United States Magistrate Judge