IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR225** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **TARA KELLY,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for copies of her sentencing transcript, PSR, and report of her proffer meeting (Filing No. 45) and her motion for leave to proceed in forma pauperis (Filing No. 46).

The request for documents without cost is premature. Only once a defendant files a motion pursuant to 28 U.S.C. § 2255, and only if she has been allowed to proceed with his § 2255 motion in forma pauperis, may the Court determine whether court documents may be provided to the defendant without cost. 28 U.S.C. § 2250. Additionally, the Court does not possess a report of the Defendant's proffer meeting.

If the Defendant wishes to purchase copies of her sentencing transcripts by providing payment in advance, she may write the court reporter, Ms. Brenda Fauber, 118 S. 18th Plaza, Suite 3129, Omaha, NE 68102, and obtain the current cost and additional information.

IT IS ORDERED:

1. The Defendant's motion for copies (Filing No. 45) is denied; and
2. The Defendant's motion for leave to proceed in forma pauperis (Filing No. 46) is denied.

DATED this 1st day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge