IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR225 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TARA KELLY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motions for documents (Filing No. 49) and for relief from the requirement of filing a certificate of service for her motion filed under 28 U.S.C. § 2255 or, alternatively, for an extension of time to comply with the clerk's deficiency notice (Filing No. 53).

*Documents*

The Defendant seeks FBI reports and related documents concerning her proffer under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Specifically, she asks for an order directing the FBI to comply with her request. Section 552 requires "[e]ach agency" to make available to the public certain records. The Defendant must request the records from the FBI. 5 U.S.C. § 552. Moreover, the Defendant states that she desires the records to "perfect" her § 2255 motion, which has been filed. Therefore, the request appears to be moot. The motion for documents will be denied.

*Certificate of Service*

The Defendant states that she has been in transit by the Bureau of Prisons and, when the motion was filed, did not have a copy of her § 2255 motion. Court records show that the government's attorney received electronic notice of the § 2255 motion. (Filing No.

52.)  In the interest of justice, the Court finds that in this instance the requirement of providing a certificate of service should be waived.

IT IS ORDERED:

1. The Defendant's motion for documents (Filing No. 49) is denied;

2. The Defendant's motion for relief (Filing No. 53) is granted; and

3. The Defendant is relieved of the requirement of filing a certificate of service only with respect to her previously filed § 2255 motion.

DATED this 26th day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge